IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:17cr126 LG-JCG

REQUITA SHAUNTELL MAGEE   21 U.S.C. § 843(b)

**The United States Attorney charges:**

## COUNT 1

That on or about October 31, 2016, in Pearl River County, in the Southern Division of the Southern District of Mississippi, the defendant, **REQUITA SHAUNTELL MAGEE**, aided and abetted by others known and unknown, did knowingly and intentionally use a communications facility, to wit, a telephone, in causing or facilitating the commission of an act constituting a felony under the Controlled Substances Act, to wit, conspiracy to possess with intent to distribute a controlled substance, as prohibited by Section 846, Title 21, United States Code.

All in violation of Section 843(b), Title 21, United States Code, and Section 2, Title 18, United States Code.

_____
D. MICHAEL HURST, JR.
United States Attorney